UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

        -against-

JEREMY KOSKI,

                    Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2024

1:23-cv-7779-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the materials filed by Plaintiff in advance of the remote Initial Pretrial Conference scheduled in this matter for February 2, 2024 at 11:30 AM. [ECF Nos. 13, 14]. Plaintiff advises that Defendant did not participate in the drafting or submission of these materials despite Plaintiff's several attempts to seek Defendant's input and consent, and in violation of the Court's January 2, 2024 Order, which requires a joint submission. [*See* ECF Nos. 12, 13].

IT IS HEREBY ORDERED that the Initial Pretrial Conference will proceed as scheduled. The parties shall dial (646) 453-4442 and use Conference ID 370 394 694#. Plaintiff is DIRECTED to again advise Defendant of the Initial Pretrial Conference by e-mail and to attach a copy of this Order to such correspondence.

**SO ORDERED.**

**Date: January 29, 2024**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**