```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

    -against-

JEREMY KOSKI,

                Defendant.

1:23-cv-7779-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    In light of the pending transfer of this case to the District of Hawaii [ECF No. 22], the remote Initial Pretrial Conference scheduled for February 27, 2024 at 4:00 PM [ECF No. 19] is ADJOURNED *sine die*.

    Plaintiff is DIRECTED to serve a copy of this Order upon Defendant by e-mail.

**SO ORDERED.**

**Date: February 26, 2024**
**New York, NY**

*[Signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**